[No. 36492-1-II. Division Two. February 12, 2009.]

*In the Matter of the Detention of* JAKE HAWKINS, *Petitioner.*

Appeal from a judgment of the Superior Court for Lewis County, No. 06-2-00225-1, H. John Hall, J., entered May 18, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Bridgewater, J.

[No. 36610-0-II. Division Two. February 12, 2009.]

VINCENT F. SCALESSE ET AL., *Appellants*, v. KEN L. DAVIS, SR., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 04-2-01511-2, James J. Stonier, J., entered June 29, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Hunt, J.

[No. 36720-3-II. Division Two. February 12, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY LEE BONDS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-04441-1, Bryan E. Chushcoff, J., entered August 24, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, A.C.J., and Armstrong, J.

[No. 36755-6-II. Division Two. February 12, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MATT JOSHUA WINGATE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-03444-0, Bryan E. Chushcoff, J., entered August 24, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Quinn-Brintnall, J.